# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-09032

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Dylan Lee James and Michelle Marie James<br>        Debtors.<br>――――――――――――――――――<br>Wells Fargo Bank, N.A.<br><br>        Movant,<br>  vs.<br><br>Dylan Lee James and Michelle Marie James,<br>Debtors; U.S. Trustee-PHX, Trustee.<br><br>        Respondents. | No. 2:10-bk-09144-SSC<br><br>Chapter 11<br><br>MOTION TO VACATE HEARING<br><br>Hearing Date: 04/20/11<br>Hearing Time: 1:30 PM |

      Movant, Wells Fargo Bank, N.A. by and through its undersigned counsel, Tiffany & Bosco, P.A., hereby files its Motion to Vacate Hearing, for the reason that an order granting relief from the Automatic Stay has been entered.

///

DATED this 22nd day of March, 2011.

                                      TIFFANY & BOSCO, P.A.

                                      By /s/ LJM # 014228
                                                Leonard J. McDonald
                                                2525 East Camelback Road, Suite 300
                                                Phoenix, Arizona 85016
                                                Attorney for Movant

COPY of the foregoing
Mailed this DATED this 22nd day of March, 2011, to:

Dylan Lee James and Michelle Marie James
5616 E. Desert Vista Trail
Cave Creek, AZ 85331
Debtors

Paul Sala
1850 N. Central Ave., #1150
Phoenix, AZ 85004
Attorney for Debtors

By: Rebecca Robinson